## Travelers Insurance Company *v.* Gray.

Little, J. An amendment which sought to engraft on a petition, which described a defendant as "a foreign corporation doing business in said State and county under the laws of Georgia, having an office and agent" in a named county, a further allegation that at the time of the institution of the suit the defendant had an agency and place of business in the named county, was properly allowed. The amendment sought to be made was germane, and the petition contained allegations sufficient to support this amendment. Civil Code, §5098. There was no error in allowing the offered amendment.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 11, 1902.

Action on insurance policy. Before Judge Reagan. Spalding superior court. August 14, 1901.

*Dessau, Harris & Harris,* for plaintiff in error.
*Robert T. Daniel* and *Marcus W. Beck,* contra.

---

## Steele *v.* Ward *et al.*

Cobb, J. There was no error in the rulings on evidence of which complaint is made; and under the facts appearing in the testimony offered in behalf of the plaintiff, the granting of a nonsuit was proper.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 11, 1902.

Action for damages. Before Judge Littlejohn. Henry superior court. October 23, 1901.

*Vasser Woolley, E. F. Weems,* and *J. S. Gleaton,* for plaintiff.
*J. F. Wall,* for defendants.